# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **ENCRYPTAWAVE TECHNOLOGIES LLC,** | C.A. No. 4:24-cv-274-SDJ |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | **PATENT CASE** |
| **SHARP CORPORATION,** | |
| Defendant. | |

## VERIFIED PETITION REGARDING SERVICE OF SUMMONS AND COMPLAINT

Plaintiff Encryptawave Technologies LLC ("Encryptawave") respectfully submits this verified petition in response to the Court's Notice of Impending Dismissal (Dkt. No. 5) requiring Encryptawave to file a Notice of Verified Petition no later than June 28, 2024.

Service has been effected upon Sharp. Sharp is a Japanese company with its headquarters located in Japan. (Doc. #1 at¶1). Encryptawave requested waiver of service from Sharp to avoid the potentially length service of process on Sharp under the Hague Convention of which Japan is a member. After negotiating with Sharp, Sharp agreed to accept service as of June 1, 2024. (Doc. #6). Sharp executed the Waiver of Service of Summons on June 17, 2024. (*Id.*). The Waiver of Service of Summons was filed with the Court on June 18, 2024. (*Id.*). Encryptawave therefore there was good cause for the length of time for effecting service upon a foreign entity. The case should therefore not be dismissed because service has been effected.

1

| | |
|---|---|
| June 21, 2024 | DIRECTION IP LAW |
| | */s/ David R. Bennett*<br>David R. Bennett<br>Direction IP Law<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>(312) 291-1667<br>dbennett@directionip.com |
| | *Attorneys for Plaintiff*<br>*Encryptawave Technologies LLC* |

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 21, 2024, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                        */s/ David R. Bennett*
                                        David R. Bennett